UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GENWORTH FINANCIAL, INC. SECURITIES LITIGATION | Case No. 14-CV-02392 (AKH)<br><br>CLASS ACTION |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that upon the accompanying moving declaration of Reid Ashinoff, the undersigned hereby moves the Court, pursuant to Local Civil Rule 1.4, for an Order directing the withdrawal of Patrick Gennardo as counsel of record for Defendants Genworth Financial, Inc., Michael D. Fraizer, and Martin P. Klein. Patrick Gennardo is no longer associated with Dentons US LLP and should be removed from the Court's service list with respect to the above referenced action. Dentons US LLP continues to serve as counsel for Defendants Genworth Financial, Inc., Michael D. Fraizer, and Martin P. Klein, and all future correspondence and papers in this action should continue to be directed to them.

101899474\V-1

DATED: December 13, 2016              Respectfully Submitted,

                                      By:  s/ Reid L. Ashinoff

                                      Reid L. Ashinoff
                                      Justin N. Kattan
                                      Justine N. Margolis
                                      **DENTONS US LLP**
                                      1221 Avenue of the Americas
                                      New York, New York 10020
                                      (212) 768-6700
                                      Email: reid.ashinoff@dentons.com
                                             justin.kattan@dentons.com
                                             justine.margolis@dentons.com

                                      *Attorneys for Genworth Financial, Inc.,*
                                      *Michael D. Fraizer, and Martin P. Klein*