UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-17
```

IN RE GENWORTH FINANCIAL, INC.
SECURITIES LITIGATION

Case No. 14 Civ. 02392 (AKH)

CLASS ACTION

## ~~PROPOSED~~ ORDER

Lead Plaintiff New Bedford Contributory Retirement System's motion for an order directing the withdrawal of Guillaume Buell as counsel for Lead Plaintiff New Bedford Contributory Retirement System is GRANTED.

DATED:  New York, New York
        JANUARY 5, 2017

SO ORDERED:

_____
ALVIN K. HELLERSTEIN
United States District Judge