UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re GENWORTH FINANCIAL, INC. SECURITIES LITIGATION | Master File No. 1:14-cv-02392-AKH |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

PLEASE TAKE NOTICE that Class Representatives, City of Hialeah Employees' Retirement System and New Bedford Contributory Retirement System, on behalf of themselves and the certified Class, will move this Court, at a date and time to be set by the Court, for an order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (a) preliminarily approving the proposed class action settlement; (b) approving the proposed form of the notice and summary notice of the settlement; (c) approving the proposed methods of disseminating notice to the Class; (d) setting a date for the final settlement hearing; and (e) such other and further relief as this Court deems just and proper.  Defendants do not oppose the motion.

Class Representatives are contemporaneously herewith filing a memorandum of law and Declaration of Jonathan Gardner, dated June 21, 2017, with an annexed exhibit, in support of this motion.

A proposed Order Preliminarily Approving Settlement and Providing for Notice, which was negotiated by the parties to the settlement, with annexed exhibits, is also submitted herewith.

Dated: June 21, 2017

Respectfully submitted,

By: /s/ *Jonathan Gardner*

Jonathan Gardner
jgardner@labaton.com
Christine Fox
cfox@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Douglas R. Britton (*admitted pro hac vice*)
Ashley M. Price (*admitted pro hac vice*)

3

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7243
Email: dbritton@rgrdlaw.com
aprice@rgrdlaw.com


 Samuel H. Rudman
**ROBBINS GELLER RUDMAN
 & DOWD LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com

*Class Counsel for Class Representatives and
 the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2017, I caused the foregoing Notice of Class Representatives' Unopposed Motion for Preliminary Approval of Settlement to be served electronically through the Court's ECF system upon all ECF participants.

.

                                                          */s/ Jonathan Gardner*
                                                         JONATHAN GARDNER