UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re GENWORTH FINANCIAL, INC. SECURITIES LITIGATION | : : : : : | Master File No. 1:14-cv-02392-AKH<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | : : : : : : | DECLARATION OF JONATHAN GARDNER |

1

JONATHAN GARDNER, declares as follows pursuant to 28 U.S.C. §1746:

1. I am a partner of the law firm Labaton Sucharow LLP, co-counsel for the City of Hialeah Employees' Retirement System and New Bedford Contributory Retirement System (collectively, "Class Representatives") and Court-appointed Class Counsel for the certified class in the above-titled action, together with Robbins Geller Rudman & Dowd LLP.  I am admitted to practice before this Court.

2. I submit this declaration in support of Class Representatives' Unopposed Motion for Preliminary Approval of Settlement, submitted herewith.

3. Annexed hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement, dated as of June 15, 2017, executed by the parties to this action.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 21, 2017.

>   */s/ Jonathan Gardner*
>   JONATHAN GARDNER

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2017 I caused the foregoing Declaration of Jonathan Gardner to be served electronically on all ECF participants.

/s/ *Jonathan Gardner*
JONATHAN GARDNER